**Order entered September 18, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00338-CV

### IN THE INTEREST OF J.R.I., A CHILD

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-03557-T**

## ORDER

We **GRANT** appellee's September 16, 2014 unopposed second motion for an extension

of time to file a brief. Appellee shall file his brief **on or before October 17, 2014**. We caution

appellee that no further extension of time will be granted absent extraordinary circumstances.


/s/     CRAIG STODDART
            JUSTICE